UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IDEOLOGICAL FIGHTBACK, INC., | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Civil Action No.  3:23-CV-247-CHB |
| v. | ) |
| | ) |
| AMERICAN COUNCIL OF BOLSHEVIKS, AMERICAN WORKERS FOR PEACE AND PROSPERITY, LLC AND JUSTIN STEWART | ) |
| | ) |
| **Defendants.** | ) |

## JOINT MOTION FOR SETTLEMENT CONFERENCE AND STAY OF EXISTING DEADLINES

Come the Parties, by and through undersigned counsel, and jointly move the Court for an Order referring this case to Magistrate Judge Colin Lindsay for purposes of a settlement conference. The parties jointly agree that their negotiations indicate that this is a good time to conduct a settlement conference and that the parties' time and resources are best dedicated prior thereto to preparing for same. As such, the parties jointly request that the Court stay all deadlines pending the settlement conference after which, in the event that the settlement conference does not result in a final settlement, the stay will be lifted and deadlines reset accordingly.

Respectfully submitted,

| | |
|---|---|
| */s/Christopher A. Bates* | */s/ Theodore J. Chiacchio (w/permission)* |
| KYLE ANNE CITRYNELL | Theodore J. Chiacchio |
| CHRISTOPHER A. BATES | CHIACCHIO IP, LLC |
| SEILLER WATERMAN LLC | 307 North Michigan Avenue |
| Meidinger Tower, 22nd Floor | Suite 2011 |
| 462 South Fourth Street | Chicago, Illinois 60601 |
| Louisville, Kentucky 40202 | (312) 815-2384 |
| (502) 584-7400 | tchiacchio@chiacchioip.com |
| citrynell@derbycitylaw.com | *Co-Counsel for Plaintiff* |
| bates@derbycitylaw.com | |
| *Counsel for Defendants* | |

/s/ John H. Ruby w/permission
John H. Ruby
JOHN H. RUBY & ASSOCIATES
2950 Breckenridge Lane
Suite 13
Louisville, Kentucky  40220
(502) 895-2626
johnruby@rubylawfirm.com
*Co-Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy has been electronically filed with the Clerk of the Court via KY-ECF system, and a true copy has been served via electronic mail on this 23rd day of January, 2024 to the following:

| | |
|---|---|
| Theodore J. Chiacchio<br>CHIACCHIO IP, LLC<br>307 North Michigan Avenue<br>Suite 2011<br>Chicago, Illinois 60601<br>(312) 815-2384<br>tchiacchio@chiacchioip.com<br>*Co-Counsel for Plaintiff* | John H. Ruby<br>JOHN H. RUBY & ASSOCIATES<br>2950 Breckenridge Lane<br>Suite 13<br>Louisville, Kentucky  40220<br>(502) 895-2626<br>johnruby@rubylawfirm.com<br>*Co-Counsel for Plaintiff* |

/s/ Christopher A. Bates
Christopher A. Bates