**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO. 3:23-CV-00247-CHB-CHL**

**IDEOLOGICAL FIGHTBACK, INC.,**             **Plaintiff,**

**v.**

**AMERICAN COUNCIL OF BOLSHEVIKS, et al.,**        **Defendants.**

**ORDER**

Before the Court is the Parties' Joint Motion for Settlement Conference and Stay of Existing Deadlines. (DN 35.) The Parties having jointly indicated that they believe a settlement conference would be productive, the Court will grant the motion and direct them to schedule a settlement conference as set forth below.

Accordingly,

IT IS HEREBY ORDERED that the Parties' joint motion (DN 35) is **GRANTED**. On or before **February 2, 2024**, the Parties shall consult with their respective decisionmakers[1] and jointly contact the undersigned's Case Manager, Theresa Burch, via e-mail at theresa_burch@kywd.uscourts.gov to schedule a settlement conference. The Parties shall agree and advise in the same e-mail whether the settlement conference should be conducted via Zoom

---

[1] The Court's Order for Settlement Conference will be more specific regarding who the Court considers an appropriate decisionmaker to participate in the settlement conference. However, in brief, the Court will require the attendance of each natural person party and a representative from each entity party employed by the entity party with full settlement authority, meaning that the individual can both approve a settlement and change the party's settlement posture during the course of the settlement conference. Should there exist an insurance carrier which may be liable for all or part of a possible judgment, an authorized representative of that insurance carrier employed by the insurance carrier shall also be required to attend.

or in person. All other deadlines are **STAYED** pending further order from the Court, and the March 7, 2024, telephonic status conference is **REMANDED**.

*[signature]*

Colin H Lindsay, Magistrate Judge
United States District Court

cc: Counsel of record

January 25, 2024